UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NORIS MELENDEZ, on behalf of herself and
all others similarly situated,

                          Plaintiff,                    JUDGMENT
    v.                                                       23-CV-05694 (LDH) (JMW)

JAZEERA RESTAURANT INC. et al,

                          Defendants.
----------------------------------------------------------------X

        An Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on March 31, 2025, adopting the Report and Recommendation of Magistrate James M. Wicks, dated December 6, 2024, granting Plaintiff's motion for default judgment; and awarding Plaintiff damages totaling $59,715.61, consisting of $23,072.14 in unpaid overtime wages, $23,072.14 in liquidated damages under the NYLL, $678.83 in litigation costs; and $12,892.50 in attorneys' fees, plus pre-judgment interest on the $23,072.14 at 9% from April 11, 2023 through the date of entry of judgment, and the interest being $4,096.11; it is

        ORDERED and ADJUDGED that Plaintiff's motion for default judgment is granted. Plaintiff is awarded damages totaling $59,715.61, consisting of $23,072.14 in unpaid overtime wages, $23,072.14 in liquidated damages under the NYLL, $678.83 in litigation costs; and $12,892.50 in attorneys' fees, plus pre-judgment interest in the amount of $4,096.11.

Dated: Brooklyn, New York                                                 Brenna B. Mahoney
       March 31, 2025                                                  Clerk of Court

                                                                      By:    <u>/s/Jalitza Poveda</u>
                                                                                   Deputy Clerk